**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ANDRE BEVERLY**                                                             **PETITIONER**
**ADC# 87272**

**VS.**                 **5:06CV00166 WRW/BD**

**LARRY NORRIS, Director,
Arkansas Dept. of Correction**                                    **RESPONDENT**

**ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus (#2) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED 14th day of January, 2008.

/s/Wm. R. Wilson, Jr.
UNITE STATES DISTRICT JUDGE