**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ANDRE BEVERLY**                                                              **PETITIONER**
**ADC# 87272**

**VS.**                              **5:06CV00166 WRW/BD**

**LARRY NORRIS, Director,**
**Arkansas Dept. of Correction**                                   **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing this 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus with prejudice.

IT IS SO ORDERED this 14th day of January, 2008.


                                                /s/Wm. R. Wilson, Jr.
                                          UNITED  STATES DISTRICT JUDGE